UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, ET AL., <br> Plaintiff, <br><br> v. <br><br> WESTWOOD CAPITAL FUNDING LLC, ET AL. , <br> Defendant. | CASE NO. 23-cv-00300-JHC <br><br> ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR INTERPLEADER DEPOSIT OF FUNDS |

THIS CAUSE comes before the Court on Plaintiffs Weyerhaeuser Company and Weyerhaeuser NR Company's Ex Parte Motion for Interpleader Deposit of Funds.  Dkt. # 2. The Court has reviewed all related filings and is otherwise fully advised.

The Court hereby GRANTS the motion, and ORDERS that Plaintiffs cause $296,071.46 to be deposited into the Court Registry Investment System as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. §1335.

Dated this 10th day of March, 2023.

John H. Chun
United States District Judge