UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC - SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS | Case No.: 2:23-cv-300-JHC<br><br>Assigned Judge: Hon. John H. Chun<br>Complaint Filed: March 3, 2023<br>Amended Complaint Filed: March 31, 2023<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HUNTINGTON NATIONAL BANK TO RESPOND TO AMENDED COMPLAINT FOR INTERPLEADER RELIEF**<br><br>Current Deadline: May 5, 2023<br>Extended Deadline:  June 2, 2023 |

1

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HUNTINGTON NATIONAL BANK TO RESPOND TO AMENDED COMPLAINT FOR INTERPLEADER RELIEF

BURGER MEYER, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Telephone: (949) 529-2250

|   |   |
|---|---|
| 1 | DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company,<br><br>Defendants. |

Plaintiffs WEYERHAEUSER COMPANY and WEYERHAEUSER NR COMPANY (herein after collectively referred to as "Plaintiffs") and Defendant HUNTINGTON NATIONAL BANK sued as HUNTINGTON BANCSHARES INCORPORATED ("HNB") hereby submit this Stipulation and Order to Extend Time for HNB to Respond to the Amended Complaint for Interpleader Relief. HNB appearing specially to preserve any and all defenses available under Fed. R. Civ. P. 12, hereby files this Stipulation to Extend Time for HNB respond to Plaintiffs' Amended Complaint. In support of this Stipulation, the parties respectfully state as follow:

1. Plaintiffs initially filed the Complaint in this action against on March 3, 2023.
2. Plaintiffs filed the Amended Complaint in this action on March 31, 2023.
3. On April 14, 2023, HNB was properly served with the Summons and Amended Complaint.

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
HUNTINGTON NATIONAL BANK TO RESPOND TO AMENDED
COMPLAINT FOR INTERPLEADER RELIEF

BURGER MEYER, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Telephone: (949) 529-2250

3. HNB's responsive pleading is currently due to be filed on May 5, 2023.

4. HNB retained national law firm, Womble Bond Dickinson (US) LLP ("Womble") to represent it in this action. Womble attorneys will file applications to appear pro hac vice in this Court. In the interim, the undersigned local counsel for HNB, Burger Meyer LLP, was recently retained to represent HNB in this action and is still in the process of reviewing the Amended Complaint. To allow counsel for HNB additional time to obtain and review pertinent documents and appropriately respond to the Amended Complaint on behalf of HNB, the parties jointly agree that HNB's deadline to respond to the Amended Complaint is extended twenty eight (28) days from May 5, 2023 to June 2, 2023.

5. This request is not being sought to unreasonably delay this action, and in fact no discovery or other proceedings in the case have yet been undertaken. Indeed, not all of the other named defendants have been served with the Amended Complaint.

6. No party will be prejudiced by the requested extensions of time. The undersigned counsel for HNB certifies that national counsel for HNB through Womble has conferred with Plaintiffs' counsel regarding the requested extension. Plaintiffs have agreed to the extension requested herein.

7. Therefore, the parties agree that HNB has through and including June 2, 2023 to file its response to Plaintiffs' Amended Complaint.

8. This is the first request by the parties to extend the time for HNB to answer the Complaint.

///
///
///
///
///
///

3

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
HUNTINGTON NATIONAL BANK TO RESPOND TO AMENDED
COMPLAINT FOR INTERPLEADER RELIEF

BURGER MEYER, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Telephone: (949) 529-2250

9. This stipulation is without prejudice to Plaintiffs' ability to seek dismissal of Plaintiffs from this interpleader action and for an award of fees and costs.

DATED: May 4, 2023            **BURGER MEYER, LLP**

By:    */s/Charles T. Meyer*
Charles T. Meyer (WSBA #39754)
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Telephone: (949) 529-2250
Email: cmeyer@burgermeyer.com

Attorneys for Defendant
HUNTINGTON NATIONAL BANK sued as HUNTINGTON BANCSHARES INCORPORATED

DATED: May 4, 2023            **CAIRNCROSS & HEMPELMANN**

By:    */s/ Ana-Maria Popp*
John Robert Rizzardi (WSBA #9388)
Ana-Maria Popp (WSBA #39614)
Amy H. Yoon (WSBA #9388)
524 2nd Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Email: jrizzardi@cairncross.com
       apopp@cairncross.com
       ayoon@cairncross.com

Attorneys for Plaintiffs
WEYERHAEUSER COMPANY and WEYERHAEUSER NR COMPANY

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
HUNTINGTON NATIONAL BANK TO RESPOND TO AMENDED
COMPLAINT FOR INTERPLEADER RELIEF

BURGER MEYER, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Telephone: (949) 529-2250

**ORDER**

IT IS SO ORDERED.

DATED: May 5, 2023

By: _____
Honorable John H. Chun
United States District Court Judge