HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC—SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF | NO. 2:23-CV-300-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS** |

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04783768.DOCX;1 }

INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company,

Defendants.

THIS CAUSE came before the Court on Plaintiffs Weyerhaeuser Company and Weyerhaeuser NR Company (collectively, "Plaintiffs") Motion to Extend Time to Serve Defendants ("Motion"). The Court having considered Plaintiffs' Motion, supporting declaration, the governing law, and being otherwise fully advised in the premises, it is hereby,

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Plaintiffs' deadline to serve the summons and Amended Complaint pursuant to Federal Rule of Civil Procedure 4(m) is hereby **EXTENDED** to **August 30, 2023**.

**DONE AND ORDERED** in Seattle, Washington this 25th day of May, 2023.

HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04783768.DOCX;1 }

1  Presented by:

2  CAIRNCROSS & HEMPELMANN, P.S.

3

4  */s/ Ana-Maria Popp*

5  John R. Rizzardi WSBA No. 9388
   E-mail: jrizzardi@cairncross.com

6  Ana-Maria Popp, WSBA No. 39614
   E-mail: apopp@cairncross.com

7  Amy H. Yoon WSBA No. 58102
   E-mail: ayoon@cairncross.com

8  524 Second Avenue, Suite 500

9  Seattle, WA  98104-2323
   Telephone: (206) 587-0700

10 Facsimile: (206) 587-2308

11 Attorneys for Interpleader Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND
TIME TO SERVE DEFENDANTS - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04783768.DOCX;1 }