| | |
|---|---|
| 1 | HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WEYERHAEUSER COMPANY, a Washington corporation, and WEYERHAEUSER NR COMPANY, a Washington corporation,

    Plaintiffs,

v.

WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC—SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF

NO. 2:23-CV-300-JHC

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH EX PARTE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS ARTHUR KURZYDLO, ILLINOIS DEPARTMENT OF LABOR, AND THE AVANZA GROUP**

| | |
|---|---|
| 1 | INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

Before the Court is Plaintiffs' Weyerhaeuser Company and Weyerhaeuser NR Company *ex parte* Motion for Leave to File Over-Length Ex Parte Motion for Alternative Service on Defendants Arthur Kurzydlo, Illinois Department of Labor, and the Avanza Group, pursuant to Local Civil Rule 7(f).  Dkt. # 59.  The Court has considered Plaintiffs' motion, related filings, and the applicable law.

Finding good cause, the Court GRANTS the motion.  Dkt. # 59.  Plaintiffs are authorized to file an over-length Ex Parte Motion for Alternative Service on Defendants Arthur Kurzydlo, Illinois Department of Labor, and the Avanza Group not to exceed 4,800 words.

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVER-LENGTH EX PARTE MOTION FOR
ALTERNATIVE SERVICE ON DEFENDANTS ARTHUR
KURZYDLO, ILLINOIS DEPARTMENT OF LABOR, AND
THE AVANZA GROUP - 2

1   Dated this 14th day of August, 2023.

2

3   _____

4   HONORABLE JOHN H. CHUN
    UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH EX PARTE MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS ARTHUR KURZYDLO, ILLINOIS DEPARTMENT OF LABOR, AND THE AVANZA GROUP - 3