HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation, and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>               Plaintiffs,<br><br>    v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company; HUNTINGTON BANCSHARES INCORPORATED, a Maryland corporation; IRONWOOD FINANCE INC., a Texas corporation; GULF COAST BANK AND TRUST COMPANY, a Louisiana corporation; AJ EQUITY GROUP LLC, a New York limited liability company; RAISTONE PURCHASING LLC—SERIES XXI, a Delaware and New York limited liability company; GROVER CAPITAL LLC, a New York limited liability company; RAYMOND PROPERTIES LLC, a Illinois limited liability company; CAMPISI ENVIRONMENTAL ASSOCIATES, INC., a Massachusetts corporation; MASSACHUSETTS DEPARTMENT OF REVENUE; ARTHUR KURZYDLO, an individual; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA DEPARTMENT OF | NO. 2:23-CV-300-JHC<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS ARTHUR KURZYDLO, THE ILLINOIS DEPARTMENT OF LABOR, AND THE AVANZA GROUP** |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
FOR ALTERNATIVE SERVICE OF PROCESS ON
DEFENDANTS ARTHUR KURZYDLO, THE ILLINOIS
DEPARTMENT OF LABOR, AND THE AVANZA
GROUP - 1

| | |
|---|---|
| 1 | INDUSTRIAL RELATIONS; STATE OF ILLINOIS DEPARTMENT OF LABOR; STATE OF NEW HAMPSHIRE DEPARTMENT OF LABOR; HOMEFIELD CREDIT UNION, a Massachusetts corporation; ADVANTAGE PLATFORM SERVICES, INC. d/b/a ADVANTAGE CAPITAL FUNDING, LLC, a Massachusetts corporation; BECKHAM CAPITAL LLC, a Georgia limited liability company; BLACK MARLIN CAPITAL GROUP LLC, a Delaware limited liability company; BUSINESS FUNDING SOURCE, a New York corporation; GOLD CREST CAPITAL LLC, a New York limited liability company; SEINFELD CAPITAL, INC., a New York corporation; SILVERLINE SERVICES INC., a New York corporation; and THE AVANZA GROUP LLC, a New York limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

Before the Court is Plaintiffs' Weyerhaeuser Company and Weyerhaeuser NR Company's Ex Parte Motion for Alternate Service of Process on Defendants Arthur Kurzydlo, the Illinois Department of Labor, and the Avanza Group. Dkt. # 60. The Court has considered Plaintiffs' Motion, supporting declaration, and the governing law.

Being fully advised, the Court GRANTS the motion. Dkt. # 60. Plaintiffs shall serve the summons, Complaint, and Amended Complaint, the Motion, and a copy of this Order on Defendants Arthur Kurzydlo, the Illinois Department of Labor, and The Avanza Group as ordered herein.

1. Plaintiffs are authorized to serve **Defendant Arthur Kurzydlo** as follows:

   a. By email to (i) akurzydlo@ameritech.net; (ii) akurzydlo@gmail.com; and (iii) akurzydlo@dearbornengineering.com; and

   b. By first class mail to: 1170 S. Plymouth Ct, Apt 2NE, Chicago, Illinois 60605.

2. Plaintiffs are authorized to serve **Defendant Illinois Department of Labor** as follows:

   a. By email to Andrew.Fox@illinois.gov;

   b. By first class mail to: Illinois Department of Labor, Bilandic Building, 13th Floor, 160 North LaSalle Street, Chicago, Illinois 60601; and

   c. By first class mail to: Office of Illinois Attorney General, 100 W. Randolph St, Chicago, Illinois 60601.

3. Plaintiffs are authorized to serve **Defendant The Avanza Group** as follows:

   a. By email to collect@advancedrecoverygroup.com;

   b. By first class mail to: The Avanza Group, 47 Craig Ave, Staten Island, New York 10307; and

   c. By first class mail to: The Woods Law Firm, 360 Bloomfield Avenue, Suite 301, Windsor, Connecticut 06095.

Dated this 14th day of August, 2023.

*/s/ John H. Chun*

HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE