UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation and WEYERHAEUSER NR COMPANY, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD CAPITAL FUNDING LLC, a New York limited liability company, ET AL.,<br><br>Defendants. | CASE NO. 2:23-cv-00300-JHC<br><br>AMENDED ORDER |

    This matter comes before the Court on the Order for the Transfer of Funds entered by the Honorable Judge William G. Young at the United States District Court for the District of Massachusetts. *Weyerhaeuser Company et al v. Westwood Capital Funding LLC, et al.*, Case No. 1:23-cv-12965-WGY, Dkt. # 92.

    On March 10, 2023, Plaintiffs deposited $296,071.46 into the Court registry. *See* Dkt. # 6. On December 4, 2023, the Court transferred this action to the District of Massachusetts. Dkt. # 78. On July 18, 2024, Judge Young entered an order directing the "Court Registry at the United States District Court for the District of Washington [to authorize and] draw a check on the funds deposited in the registry in the amount of $296,071.46 plus all accrued interest, minus

AMENDED ORDER - 1

any statutory users fees, payable to United States District Court for the District of Massachusetts and mail or deliver the check to United States District Court for the District of Massachusetts." *Weyerhaeuser Company et al v. Westwood Capital Funding LLC, et al.*, Case No. 1:23-cv-12965-WGY, Dkt. # 92.  The Clerk is authorized and directed to transfer the funds deposited in the registry of this Court in the principal amount of $214,202.44,[1] plus all accrued interest, payable to Massachusetts District Court and deliver by IPAC transfer the funds to Massachusetts District Court.  *See* LCR 67(b).

Dated this 18th day of July, 2024.

John H. Chun
United States District Judge

---

[1] On October 20, 2023, the Court granted Plaintiffs' request for "reasonable attorneys' fees and costs incurred in connection with this action." *See* Dkt. # 74 at 3.  As a result, Plaintiffs were paid $81,869.02 from the amount Plaintiffs deposited into the Court registry, leaving $214,202.44.